UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMON COPELAND | Hon. Stanley R. Chesler, U.S.D.J.<br><br>Cr. No. 99-347 (SRC)<br><br>**JUDGMENT OF REVOCATION OF**<br>**SUPERVISED RELEASE** |

This matter having come before the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Gurbir S. Grewal, Assistant U.S. Attorney, appearing), for a hearing on the violation of the terms of supervised release of defendant RAMON COPELAND ("Defendant") (Peter Carter, Esq., appearing); the Defendant having been sworn and the Court having presided over the Defendant's guilty plea on January 26, 2012 to Count1 of the Petition for Violation of Supervised Release (December 22, 2012) (Dkt. No. 35) (the "Petition"), charging him with violating the terms of his supervised release by using a controlled substance, to wit: testing positive for marijuana use on September 14, 2011, October 11, 2011, October 21, 2011, and October 28, 2011; the Court having presided over the concurrent sentencing hearing on January 26, 2012; and for the reasons expressed by the Court on the record on January 26, 2012, it is hereby **ORDERED**:

1.    Defendant is hereby adjudged **GUILTY** of violating Count 1 of the Petition;

2.    Defendant's supervised release is hereby **REVOKED**;

3.    Defendant is hereby committed to the custody of the Bureau of Prisons for a term

of twelve (12) months to begin immediately, and with no period of supervision to follow;

4.  Defendant should be designated to the facility nearest his family; and

5.  Counts 2 through 5 of the Petition are hereby dismissed.

Dated: January 27, 2012

HONORABLE STANLEY R. CHESLER
United States District Judge